IGNACIA S. MORENO
Assistant Attorney General
STACEY BOSSHARDT
Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
Post Office Box 7611
Washington, D.C. 20044
Telephone: (202) 514-2912
Fax: (202) 305-0274
BARBARA M.R. MARVIN
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Telephone: (202) 305-0240
Fax: (202) 305-0506

Attorneys for the Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, et al., | ) ) ) | Case No. 1:12-cv-01690-RWR |
| Plaintiffs, | ) ) ) | **CONSENT NOTICE REGARDING EXTENSION** |
| v. | ) | **OF DEADLINES** |
| KENNETH SALAZAR, et al., | ) ) | |
| Defendants. | ) ) | |

Federal Defendants, through undersigned counsel, hereby advise the Court that they have conferred with the other parties in this action regarding an extension of Federal Defendants' March 1, 2013 deadline for lodging the administrative record until March 6, 2013, and that all parties consent to the extension.

Dated: March 1, 2013               IGNACIA S. MORENO
                                   Assistant Attorney General


                                   */s/ Stacey Bosshardt*
                                   STACEY BOSSHARDT (D.C. Bar No. 458645)
                                   Senior Attorney
                                   BARBARA M.R. MARVIN (D.C. Bar No. 456496)
                                   United States Department of Justice
                                   Environment and Natural Resources Division
                                   Post Office Box 7611
                                   Washington, D.C. 20044
                                   Telephone: (202) 514-2912
                                   Fax: (202) 305-0274
                                   stacey.bosshardt@usdoj.gov
                                   barbara.marvin@usdoj.gov

                                   *Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2013, I electronically filed the foregoing Consent Notice Regarding Extension of Deadlines with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all listed counsel of record.

                                   */s/ Stacey Bosshardt*
                                   Stacey Bosshardt