IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, et al., | ) ) ) | Case No. 1:12-cv-01690-RWR |
| Plaintiffs, | ) ) | |
| v. KENNETH SALAZAR, et al., | ) ) ) | |
| Defendants. | ) ) | |

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION )<br>ASSOCIATION, et al., )<br>Plaintiffs )<br>v. )<br>KENNETH SALAZAR, et al., )<br>Defendants )<br>_____ ) | Case No. 1:12-cv-01690-RWR<br><br>**CERTIFICATION OF<br>ADMINISTRATIVE RECORD** |

(1)   I, Morgan Elmer, am a Project Manager for the National Park Service Denver Service Center - Planning. In this capacity, I coordinated the compiling and maintenance of the administrative record for the decision on the Susquehanna to Roseland 500-kV Transmission Line Right-of-Way and Special Use Permit Environmental Impact Statement.

(2)   The record includes, but is not limited to the following, the Record of Decision, the Draft and Final Environmental Impact Statements, and technical data and public comments.

(3)   The administrative record itself consists of eight (8) DVDs containing PDF documents with the records marked as 0000001 through 0116557. The eighth DVD also contains a 140-page index that provides descriptive information concerning these documents, and a 1-page privilege index.

(4)     An electronic version of the record condensed to a thumb drive will be sent to the counsel of record in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 3/5/13                                              _____
                                                                          Morgan Elmer